## BUFORD v. GENERAL MOTORS CORP.

No. 526PA93

Case below: 112 N.C.App. 437

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.

## CAGE v. COLONIAL BUILDING CO.

No. 416PA93

Case below: 111 N.C.App. 828

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.

## CITY OF NEW BERN v. NEW BERN-CRAVEN COUNTY BOARD OF EDUCATION

No. 5P94

Case below: 113 N.C.App. 98

Motion by several defendants for temporary stay allowed 10 January 1994 pending receipt and determination of defendants' petition for discretionary review.

## CLAY v. EMPLOYMENT SECURITY COMM.

No. 480PA93

Case below: 111 N.C.App. 599

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.

## CRAWFORD v. FAYEZ

No. 503P93

Case below: 112 N.C.App. 328

Petition by plaintiff-appellants for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.